IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HEATH BANKS                                                                                    PLAINTIFF

VS.                           CASE NO. 3:08CV00138 SWW/HLJ

GREENE COUNTY, ARKANSAS, et al.
DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.   There have been no objections.   After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that the motions to dismiss filed by defendants Greene County Sheriff's Department and Joe Perry (DE ##3, 10) are hereby GRANTED. Plaintiff's allegations against defendant Greene County Sheriff's Department are hereby DISMISSED with prejudice.  Plaintiff's allegations against defendant Joe Perry are hereby DISMISSED without prejudice.

SO ORDERED this 3rd day of November 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE