### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

HEATH BANKS

vs.                                     NO. 3:08CV00138 SWW

GREENE COUNTY, ARKANSAS, ET AL

**ORDER**

Before the Court is a joint motion for continuance of the trial [doc #18] in the above-styled case previously scheduled for October 26, 2009. The Court finds that, for good cause shown, the motion should be, and it hereby is, **granted**.

This matter is rescheduled for trial to a jury during the week beginning **APRIL 12, 2010,** commencing at *9:30 a.m. in Little Rock*, Arkansas. Counsel should be present 30 minutes prior to the time of trial.

The Court will extend the deadlines set by its previous order in this matter. The deadline for the completion of discovery is extended to **February 15, 2010**, and all motions are to be filed no later than **March 1, 2010.** Pretrial disclosure sheets shall be filed by **March 15, 2010.**

All other deadlines remain as previously scheduled and consistent with the new trial date.

IT IS SO ORDERED this 2nd day of September 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE