IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HEATH BANKS,
ADC #145615                                                                    PLAINTIFF

v.                              3:08CV00138SWW/HLJ

GREENE COUNTY, ARKANSAS, et al.                          DEFENDANTS

<u>ORDER</u>

        The Court has received  proposed findings and recommendations from United States
Magistrate Judge Henry L. Jones, Jr..  There have been no objections.  After a review of those
proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

        IT IS, THEREFORE, ORDERED that defendants' motion for summary judgment (DE
#20) is hereby GRANTED, and plaintiff's complaint against defendants is DISMISSED with
prejudice.

        An appropriate Judgment shall accompany this Order.


        IT IS SO ORDERED this 19th day of April 2010.



                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE