IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HEATH BANKS,
ADC #145615                                                                                          PLAINTIFF

v.                                    3:08CV00138SWW/HLJ

GREENE COUNTY, ARKANSAS, et al.                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 19th of April 2010.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE